**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Isaac Alcauter BARAJAS, a.k.a. Isaac Barajas Alcauter, Defendant—Appellant.**

No. 09–30085.

United States Court of Appeals,
Ninth Circuit.

Submitted May 24, 2011.[*]

Filed June 8, 2011.

Alexander C. Ekstrom, Assistant U.S. Attorney, USYA–Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

David R. Partovi, Partovi Law, Spokane, WA, for Defendant–Appellant.

Before: PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM [**]

Isaac Alcauter Barajas appeals from his guilty-plea conviction and 120–month sentence for distribution of a controlled substance, methamphetamine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Barajas's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The appel-

lant has filed a pro se supplemental brief and the government has filed an answering brief. We have considered both.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal. To the extent Barajas raises a claim of ineffective assistance of counsel, we decline to address it on direct appeal. *See United States v. McKenna*, 327 F.3d 830, 845 (9th Cir. 2003).

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

